FILED

MAR 1 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORUM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHERTOFF,<br><br>　　　　Defendant.<br>_____/ | No. C04-02923 MJJ<br><br>**ORDER CLOSING CASE** |

　　　On July 19, 2004 Plaintiff Percy Orum ("Orum" or "Plaintiff") filed this action, seeking review of an Equal Employment Opportunity Commission decision ("*Orum I*"). (*See* Docket No. 1.) On February 23, 2005 Plaintiff filed a second action, *Orum v. Chertoff*, C 05-0795, which included the allegations contained in *Orum I* and added additional allegations ("*Orum II*"). (*See* C 05-0795, Docket No. 1.) On May 31, 2005, the Court issued an order consolidating *Orum I* and *Orum II*. (*See* Consolidation Order, Docket No. 17.) Upon consideration of Defendant's motion to dismiss, the Court construed *Orum II* as an amended complaint to *Orum I*. (*See* C 05-0795, Order, Docket No. 28 at 3.) Accordingly, the Court dealt with the merits of the two matters together. On December 28, 2007, the Court granted Defendant's motion for summary judgment and denied Plaintiff's motion for reconsideration of the Court's prior order granting in part Defendant's motion to dismiss. (*See* C 05-0795, Docket Nos. 83 and 84.) Because these orders disposed of all of the issues in *Orum I* and *Orum II*, there remain no unresolved issues. The Clerk of the Court is directed to close the file.

**IT IS SO ORDERED.**

Dated: March 19, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　MARTIN J. JENKINS
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ORUM,

        Plaintiff,

v.

RIDGE et al,

        Defendant.

Case Number: CV04-02923 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Percy Orum
3001 Mabel Street
Berkeley, CA 94702

Dated: March 20, 2008

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk